1

2                        UNITED STATES DISTRICT COURT

3                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

4                              OAKLAND DIVISION

5

6   JOETTE BOONE, et al.,                    Case No:  C 11-5144 SBA

7            Plaintiffs,                     **ORDER CONTINUING CASE
                                             MANAGEMENT CONFERENCE**
8        vs.

9   AMERICAN MEDICAL SYSTEMS, INC., et
    al.,
10
             Defendants.
11

12

13          Good cause appearing,

14          IT IS HEREBY ORDERED THAT the parties' joint request to vacate the Case

15   Management Conference (CMC) currently scheduled for February 2, 2012 due to the

16   pending transfer of the action to the MDL is GRANTED. The CMC is CONTINUED to

17   April 5, 2012 at 3:00 p.m.  Prior to the date scheduled for the conference, the parties shall

18   meet and confer and prepare a joint Case Management Conference Statement which

19   complies with the Standing Order for All Judges of the Northern District of California and

20   the Standing Orders of this Court.  Plaintiffs shall assume responsibility for filing the joint

21   statement no less than seven (7) days prior to the conference date.  Plaintiffs' counsel is to

22   set up the conference call with all the parties on the line and call chambers at (510) 637-

23   3559. NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR

24   AUTHORIZATION OF THE COURT.

25          IT IS SO ORDERED.

26   Dated:  February 2, 2012

27                                           SAUNDRA BROWN ARMSTRONG
                                             United States District Judge
28